DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

FEDERAL LAND BANK v. LIEBEN

No. 201PA88.

Case below: 89 N.C. App. 395.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 30 June 1988.

HARLOW v. GRANT & HASTINGS

No. 174P88.

Case below: 89 N.C. App. 356.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 30 June 1988.

IN RE GUESS

No. 232PA88.

Case below: 89 N.C. App. 711.

Petition by Board of Medical Examiners for discretionary review pursuant to G.S. 7A-31 allowed 30 June 1988.

JOHNSON v. RUARK OBSTETRICS

No. 177PA88.

Case below: 89 N.C. App. 154.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 30 June 1988.

LICKO v. LICKO

No. 272P88.

Case below: 90 N.C. App. 274.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 28 June 1988.